No. 418.   Henneford et al. *v.* Silas Mason Co., Inc.
et al.
Febru-

636

ary 1, 1937. This case is restored to the docket and assigned for reargument.